UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.C.,

                     Plaintiff,                          16 **CIVIL** 3013 (NSR)

       -against-                         **JUDGMENT**

COUNTY OF WESTCHESTER, NEW YORK;
WESTCHESTER MEDICAL CENTER; CHERYL
ARCHBALD; IRMA W. COSGRIFF; ADA
HUANG; LAUREL SKELSON; GERMAINE
JACQUETTE; MIRAL A. SUBHANI; SHERLITA
AMLER; JOHN DOES #1 – #3, and JANE DOES
#1 – #3,

                     Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 18, 2020, the Defendants' motions for summary judgment are GRANTED in part and DENIED in part. Summary judgment is granted on all of Plaintiff's claims against Defendants Westchester Medical Center and Miral A. Subhani. Summary judgment is granted on Plaintiff's Section 1983 Fourth Amendment and substantive due process claims, malicious prosecution claim and false imprisonment claims against the WCDOH Defendants. All claims against John Does #1 - 3 and Jane Does # 1 - 3 are dismissed without prejudice. Plaintiff's remaining claims are Section 1983 First Amendment retaliation and state law abuse of process against WCDOH Defendants. Judgment is entered in favor of Defendants Westchester Medical Center and Miral A. Subhani.

**Dated:**  New York, New York
           December 21, 2020

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                          **BY:**    *K. Mango*
                                                         **Deputy Clerk**